■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY J. PETTY, Appellant. [3 NYS3d 697]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered March 20, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Sconiers and Whalen, JJ.